IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL A. HAYWOOD,** | ) | CIVIL ACTION NO.  11-1200 |
| | ) | |
| Plaintiff, | ) | JUDGE JOY FLOWERS CONTI |
| | ) | |
| v. | ) | |
| | ) | |
| **THE UNIVERSITY OF PITTSBURGH,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

IT IS ORDERED that based on the court's *in camera* review of the documents at issue in the Motion to Compel Responsive Documents Generated or Received by Jerome Cochran (the "motion") filed by plaintiff, Michael Haywood ("Haywood" or "plaintiff"), the motion is granted in part and denied in part. (ECF No. 31.) Except for the documents found to be entirely privileged, documents at issue in plaintiff's motion should be produced by defendant, The University of Pittsburgh ("defendant"), to plaintiff subject to the following redactions:

| Bates Number | **Document** | **Redactions** |
|---|---|---|
| UPPRIV 01 | Handwritten notes | Redact lines 4, 5, and 6 of the handwritten note. |
| UPPRIV 02 | Handwritten notes | The entire document is privileged. |
| UPPRIV 03 | Handwritten notes | Redact lines 2, 11, and 12 of the handwritten note. |
| UPPRIV 04-39 | 12/15/10 Email from Richard Holmes ("Holmes") to Jerome Cochran ("Cochran") | The entire document and its attachment are privileged. |
| UPPRIV 40 | 1/1/11 Email from Ted Fritz ("Fritz") to Cochran | Redact the entire email message from Fritz to Cochran.<br><br>Redact the second full sentence of the email forwarded on 12/31/10. |

| Bates Number | Document | Redactions |
|---|---|---|
| UPPRIV 41 | 1/1/11 Email from Timothy R. Delaney ("Delaney") to Cochran | The entire document is privileged. |
| UPPRIV 42 | 1/1/11 Email from Cochran to Mark Nordenberg ("Nordenberg") | Redact the text of the email forwarded to Cochran from Delaney on 1/1/11. |
| UPPRIV 43-44 | 1/1/11 Email from Cochran to Nordenberg | Redact the first two lines of text under the heading of the email from Cochran to Nordenberg and the following lines up to the original message on UPPRIV 43. |
| UPPRIV 45 | 1/3/11 Email from Cochran to Ernest Borghetti ("Borghetti") | Redact the text of the email from Borghetti to Cochran. |
| UPPRIV 46 | 1/3/11 Email from Cochran to Borghetti | Redact the text of the email from Cochran to Borghetti up to the original message. |
| UPPRIV 47-48 | 1/4/11 Email to Cochran from Laurie Sallows ("Sallows") | Redact the text of the email up to the original message from Micki Bosko ("Bosko") on UPPRIV 48. |
| UPPRIV 49-51 | 1/4/11 Email and attachment from Nordenberg to Steve Pederson ("Pederson"), Cochran | Redact the text of the email up to the original message from Pederson on UPPRIV 49. |
| UPPRIV 52-53 | 1/4/11 Email from Cochran to Nordenberg | Redact the text of the email up to the message from Pederson on UPPRIV 52. |
| UPPRIV 54 | 1/4/11 Email from Pederson to Nordenberg, Cochran | Redact the text of the email up to the email from Pederson. |
| UPPRIV 55-56 | 1/4/11 Email from Nordenberg to Pederson, Cochran | Redact the text of the email up to the original message from Pederson on UPPRIV 56. |
| UPPRIV 57-59 | 1/4/11 Email from Holmes to Cochran | The entire document is privileged. |
| UPPRIV 60-61 | 1/7/11 Email from Reynolds Clark ("Clark") to Robert Hill ("Hill"), Cochran | Redact the text of the email up to the message from Fedele on UPPRIV 61. |
| UPPRIV 62 | 1/9/11 Email from Holmes to Cochran | The entire document and its attachment are privileged. |
| UPPRIV 63-64 | 1/10/11 Email from Holmes to Wendy Meyers ("Meyers"), Cochran | The entire document is privileged. |
| UPPRIV 65-66 | 1/10/11 Email from Cochran to Holmes, Meyers | The entire document is privileged. |
| UPPRIV 67-68 | 1/10/11 Email from Holmes to Meyers, Cochran | No redactions. This document should be produced in its entirety. |
| UPPRIV 69 | 1/11/11 Email from Ronald Frisch | The entire document is privileged. |

| Bates Number | **Document** | **Redactions** |
|---|---|---|
|  | ("Frisch") to Holmes |  |
| UPPRIV 70-71 | 1/12/11 Email from Sallows to Richard, Keafer, Cochran, Holmes | The entire document is privileged. |
| UPPRIV 72-73 | 1/12/11 Email from Richard to Sallows, Yvonne Keafer ("Keafer"), Cochran, Holmes | The entire document is privileged. |
| UPPRIV 74-77 | 1/15/11 Email from Cochran to Fritz | Redact the text of the email from Cochran to Fritz up to the original message. |

By the court:

/s/ Joy Flowers Conti
Joy Flowers Conti
United States District Judge